**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-7414**

———————

DAVID BRYANT WICKS,

             Plaintiff – Appellant,

      v.

BRENDA SHELL-ELEAZER; TIMOTHY R. FALOON,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:11-cv-01570-RDB)

———————

Submitted:  April 19, 2012          Decided:  April 25, 2012

———————

Before WILKINSON, DAVIS, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

David Bryant Wicks, Appellant Pro Se.  Hamilton F. Tyler, ANNE
ARUNDEL COUNTY OFFICE OF LAW, Annapolis, Maryland; Philip Melton
Andrews, Jeremy C.B. Wyatt, KRAMON & GRAHAM, PA, Baltimore,
Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Bryant Wicks appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wicks v. Shell-Eleazer, No. 1:11-cv-01570-RDB (D. Md. Sept. 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2